LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
THOMAS PROUTY. State Bar No. 238950
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
Email: TProuty@cde.ca.gov
Attorneys for Tony Thurmond, in his Official Capacity
as Superintendent of Public Instruction

*(Defendant Thurmond, in his Official Capacity as SPI is a Governmental Party Exempt from the Provisions of FRCP 7.1)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John and Breanna Woolard, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Tony Thurmond, in his Official Capacity as Superintendent of Public Instruction, *et al.*,<br><br>    Defendants. | Case No. 2:23-CV-02305-JAM-JDP<br><br>**STIPULATION PURSUANT TO LOCAL RULE 144 EXTENDING TIME FOR DEFENDANT THURMOND TO RESPOND TO COMPLAINT** |

Plaintiffs and Defendant Tony Thurmond, in his Official Capacity as Superintendent of Public Instruction ("Defendant Thurmond"), through their respective undersigned counsel of record, hereby stipulate as follows:

1. Defendant Thurmond was served with the Complaint and Summons in this action on October 13, 2023, thereby making his initial response to the Complaint due on November 3, 2023.
2. Pursuant to Local Rule 144, Plaintiffs and Defendant Thurmond have agreed to extend Defendant Thurmond's time to respond to the Complaint by 28 days, thereby making the new response date December 1, 2023.
3. This stipulation is entered on behalf of all parties who have appeared in the action and are affected by the stipulation.
4. Consequently, Defendant Thurmond shall have until (and including) December 1, 2023, to respond to the Complaint.

IT IS SO STIPULATED.

Dated: October 24, 2023          By:     /s/ Ethan P. Davis (as authorized on 10/24/23)
                                         Ethan P. Davis
                                         KING & SPALDING LLP
                                         Attorneys for Plaintiffs

Dated: October 24, 2023          By:     /s/ Thomas Prouty
                                         THOMAS PROUTY
                                         Deputy General Counsel
                                         Attorney for Tony Thurmond, in his Official
                                         Capacity as Superintendent of Public Instruction