DeMaria Law Firm, APC
Anthony N. DeMaria, #177894
*ADemaria@demarialawfirm.com*
1684 W. Shaw Ave. Suite 101
Fresno, California 93711
Telephone:   (559) 206-2410
Facsimile:   (559) 570-0126

Attorneys for Defendants, MICHAEL COLEMAN, in his Official Capacity as Superintendent of Maricopa Unified School District, KRISTIN BLANCO, BARRY LINDAMAN, BREANN MORSE, TED DESTRAMPE, and RENE ADAMO, in their official capacities as board members of the Maricopa Unified School District (collectively the "MUSD Defendants")

**[EXEMPT FROM FEES PURSUANT TO GOV. CODE § 6103]**

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| JOHN and BREANNA WOOLARD, on their own behalf and on behalf of their minor children A.W., E.W., and O.W.; HECTOR and DIANA GONZALES, on their own behalf and on behalf of their minor children C.W.1 C.W.2; CARRIE DODSON, on their own behalf and on behalf of her minor child C.E.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TONY THURMOND, in his official capacity as Superintendent of Public Instruction; MICHAEL COLEMON, in his official capacity as Superintendent of Maricopa Unified School District; KRISTIN BLANCO, BARRY LINDAMAN, BREANN MORSE, TED DESTRAMPE, and RENE ADAMO, in their official capacities as board members of the Maricopa Unified School District; MELISSA BASSANELLI in her official capacity as Superintendent of San Juan Unified School District; ZIMA CREASON, PAM COSTA, SAUL HERNANDEZ, BEN AVEY PAULA VILLESCAZ, and TANYA KRAVCHUK, in their official capacities as | Case No.  2:23-CV-02305-JAM-JDP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND PURSUANT TO LOCAL RULE 144.** |

1  board members of San Juan Unified School District; BLUE RIDGE ACADEMY;
2  SAMANTHA HAYNES in her official capacity as Executive Director and Principal of
3  Blue Ridge Academy; LISA SOPHOS, in her official capacity as Assistant Director of
4  Curriculum & Instruction at Blue Ridge Academy; JESSIE MARON, in her official
5  capacity as President of the Blue Ridge Academy Board of Directors; VISION IN
6  EDUCATION; BRIAN ALBRIGHT in his official capacity as Principal-Home School
7  Academy of Visions in Education; STEVE OLMOS in his official capacity as
8  Superintendent and Executive Director of Visions in Education; JENNIFER
9  MORRISON in her official capacity as Director of Instruction for Home School at
10 Visions in Education; MICAH STUDER in his official capacity as Chief Academic Officer at
11 Visions in Education; MARK HOLMAN, in his official capacity as Chairperson of the
12 Visions in Education Board of Directors,

13         Defendant.

14

15         Plaintiffs and Defendants, Michael Coleman, in his Official Capacity as Superintendent of

16 Maricopa Unified School District, Kristin Blanco, Barry Lindaman, Breann Morse, Ted Destrampe,

17 and Rene Adamo, in their official capacities as board members of the Maricopa Unified School

18 District (collectively the "MUSD Defendants") through their respective undersigned counsel of

19 record, hereby stipulate as follows:

20         1. Some MUSD Defendants were served with the Complaint and Summons, however,

21 MUSD Defendants counsel is unsure as to which MUSD Defendants and their exact dates of service.

22 Hence, we are stipulating a two-week extension from the date of the filing of this motion, November

23 7, 2023, so the response date is November 21, 2023.

24         2. Pursuant to Local Rule 144, Plaintiffs and MUSD Defendants have agreed to extend

25 MUSD Defendants time to respond to the Complaint by 14 days from the filing of this motion,

26 thereby making the new response date November 21, 2023.

27 //

28         3. This stipulation is entered on behalf of all parties who have appeared in the action and are

1 | affected by the stipulation.

2 |     4. Consequently, MUSD Defendants shall have until (and including) November 21, 2023, to respond to the Complaint.

4 |     IT IS SO STIPULATED.

Dated:  November  7, 2023                                                 DeMaria Law Firm, APC

By: /s/Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendants, MICHAEL COLEMAN, in his Official Capacity as Superintendent of Maricopa Unified School District, KRISTIN BLANCO, BARRY LINDAMAN, BREANN MORSE, TED DESTRAMPE, and RENE ADAMO, in their official capacities as board members of the Maricopa Unified School District (collectively the "MUSD Defendants")

Dated: November  7, 2023                                                  King & Spalding, LLP

By: /s/Ethan P. Davis (as authorized on 11/7/2023)
Ethan P. Davis
Attorney for Plaintiffs, JOHN and BREANNA WOOLARD, on their own behalf and on behalf of their minor children A.W., E.W., and O.W.; HECTOR and DIANA GONZALES, on their own behalf and on behalf of their minor children C.W.1 C.W.2; CARRIE DODSON, on their own behalf and on behalf of her minor child C.E.