Greta A. Proctor (Bar No. 254188)
E-mail: greta.proctor@procopio.com
Sean M. Sullivan (Bar No. 254372)
E-mail: sean.sullivan@procopio.com
Yulian Kolarov (Bar No. 345214)
E-mail: yulian.kolarov@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendants Blue Ridge Academy,
Samantha Haynes, Lisa Sophos and Jessie Maron

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOHN and BREANNA WOOLARD, on their own behalf and on behalf of their minor children A.W., E.W., and O.W.; HECTOR and DIANA GONZALES, on their own behalf and on behalf of their minor children C.W.1 and C.W.2; CARRIE DODSON, on her own behalf and on behalf of her minor child C.D., <br><br> Plaintiffs, <br><br> v. <br><br> TONY THURMOND, in his official capacity as Superintendent of Public Instruction; et al., <br><br> Defendants. | Case No. 2:23-cv-02305-JAM-JDP <br><br> **DECLARATION OF SEAN M. SULLIVAN CONFIRMING MEET AND CONFER REQUIREMENT IN ADVANCE OF FILING BLUE RIDGE DEFENDANTS' MOTION TO DISMISS** <br><br> Date: April 9, 2024 <br> Time: 1:30 P.M. <br> Dept: Courtroom 6 <br> Judge: John A. Mendez |

I, Sean M. Sullivan, declare:

1. I am an attorney duly licensed to practice law in the State of California and before this Court. I am a partner with the law firm of Procopio, Cory, Hargreaves & Savitch LLP, counsel for Defendants Blue Ridge Academy, Samantha Haynes, Lisa Sophos and Jessie Maron ("Defendants") in the above-captioned action. The following

is based on my own personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. I submit this declaration confirming Defendants met the meet and confer requirement pursuant to the Court's standing order (ECF No. 3-2), in advance of filing their motion to dismiss (ECF No. 39). Notice to the Court of our meet and confer efforts was inadvertently not included in Defendants' Notice of Motion to Dismiss.

3. On January 5, 2024, my office emailed Plaintiffs' counsel regarding our intent to file a motion to dismiss and seeking to meet and confer. On January 10, 2024, I telephonically met and conferred with Plaintiffs' counsel, Ethan Davis and others, to discuss Defendants' anticipated motion. We did not reach a resolution, so Defendants filed their motion to dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me on this 18th day of January 2024, at San Diego, California.

/s/ *Sean M. Sullivan*
Sean M. Sullivan